David NAUGHTON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 540, 2016

Supreme Court of Delaware.

Submitted: May 8, 2017

Decided: May 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1306023761A

DISMISSED.

Romone V. ALLEN, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 98, 2017

Supreme Court of Delaware.

Submitted: May 9, 2017

Decided: May 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1207010588

DISMISSED.

Luis RIVERA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 164, 2017

Supreme Court of Delaware.

Submitted: May 9, 2017

Decided: May 11, 2017

Court Below—Superior Court of the State of Delaware, C.A. No. 1102017217

DISMISSED.

Raymond RODRIGUEZ, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 486, 2016

Supreme Court of Delaware.

Submitted: March 1, 2017

Decided: May 11, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1511012890

AFFIRMED.